UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER SANTIAGO,

                          Plaintiff,

          -v-

C. R. BARD, INC., *et al.*,

                          Defendants.

24-CV-1177 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

subject to restoring the action to the Court's calendar, provided the application to restore the

action is made within ninety days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: January 17, 2025
       New York, New York

_____
          J. PAUL OETKEN
     United States District Judge